## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
**WILLIAM M. NICKERSON**
**UNITED STATES DISTRICT JUDGE**

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

2002 MAR 12  P 2: 11

DEPUTY

March 12, 2002

Richard C. Kay, Esquire
Assistant United States Attorney
Office of the United States Attorney
101 West Lombard Street, Suite 6625
Baltimore, Maryland 21201

RE:  United States of America
vs.
Assorted Firearms
Civil Docket No. WMN-01-3767

Dear Sir:

In reviewing the docket in the above entitled case, it appears that no activity has taken place since the filing of this matter on or about December 4, 2001; therefore, please submit a **Status Report** to my Chambers, Suite 330, 101 W. Lombard Street, Room, Baltimore, Maryland 21201, before _____*March 26, 2002*_____.

Very truly yours,

William M. Nickerson
United States District Judge