IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. WMN-01-3767 |
| | * | |
| ASSORTED FIREARMS (WOOTERS), | * | |
| Defendant. | * | |

\* \* \* \* \* \* \*

## DEFAULT DECREE OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 12th day of April 2002, that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired and no claim has been filed;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. section 2465;

4. The defendant property is condemned and all rights, title, and interest of Joseph and Becky Wooters and any and all other persons, are hereby forfeited to the United States of America; and

5. The United States Treasury Department shall dispose of the defendant property in accordance with law.

_____
William M. Nickerson
United States District Judge